UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-62107-CIV-ROSENBAUM/SELTZER

KAREN RABIN,

    Plaintiff,

vs.

NATIONS RECOVERY CENTER, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

This matter is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [D.E. 4]. In this filing, Plaintiff voluntarily dismisses this action with prejudice against Defendant Nations Recovery Center, Inc. Upon consideration and in accordance with Rule 41(a)(1)(A)(i), Fed. R. Civ. P., it is hereby **ORDERED and ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal with Prejudice is approved and adopted, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 3rd day of December 2012.

                                                            ROBIN S. ROSENBAUM
                                                            UNITED STATES DISTRICT JUDGE

Copies:
The Honorable Barry S. Seltzer
Counsel of Record